## TILLERY *v.* WARDEN OF MARYLAND PENITENTIARY

[H. C. No. 21, September Term, 1957.]

624

*Decided October 28, 1957.*

Before BRUNE, C. J., and COLLINS, HENDERSON, HAMMOND and PRESCOTT, JJ.

HAMMOND, J., delivered the opinion of the Court.

This is an application for leave to appeal from the denial of a writ of *habeas corpus* by Judge Cullen of the Supreme Bench of Baltimore City. Petitioner was tried and convicted on a narcotics charge in the Criminal Court of Baltimore and sentenced to five years in the Maryland State Penitentiary on November 13, 1956.

The contentions of the petitioner follow: (1) that he was illegally arrested; (2) that he was afforded no preliminary hearing; (3) that he was not allowed bail; and (4) that he did not receive a fair trial.

The petition contains little more than a review of the facts which were submitted to the jury. *Habeas corpus* cannot be used to re-try a criminal case. *Canter v. Warden,* 207 Md. 616, 617.

Legality of arrest and failure to grant petitioner a preliminary hearing are matters to be raised on appeal and do not constitute grounds for the issuance of *habeas corpus. Spence v. Warden,* 204 Md. 661, 662; *Hickman v. Warden,* 203 Md. 668, 669.

Petitioner's contention concerning bail is without merit. Judge Cullen, in denying the writ of *habeas corpus* in the lower court, states: "The records of the Criminal Court show that bail of three thousand dollars was set for the petitioner by one of the Judges of the Supreme Bench * * *."

In any event, after conviction the denial of bail will not support the writ of *habeas corpus*. *Daisey v. Warden*, 203 Md. 653, 654.

*Application denied, with costs.*